NORMAN F. ROBERTSON, Respondent, *v.* CHARLES
FROHMAN, INC., Appellant.

*Appeal — failure to file stipulation for judgment absolute in event of
affirmance of order granting new trial.*

Reported below, 198 App. Div. 782.
(Submitted February 27, 1922; decided March 7, 1922.)

MOTION to dismiss an appeal from an order of the
Appellate Division of the Supreme Court in the first
judicial department, entered December 16, 1921, reversing
a judgment in favor of plaintiff for nominal damages

entered upon a verdict directed by the court and granting a new trial.

The motion was made upon the ground of failure to file the required stipulation for judgment absolute in the event of affirmance.

*Charles H. Tuttle* for motion.

*Frederick D. W. Searing* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless within ten days appellant files proper stipulation for judgment absolute and pays ten dollars costs of motion.